# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ANTHONY VEGA, | : | Civil No. 1:21-CV-01193 |
| Petitioner, | : | |
| v. | : | |
| JOHN E. WETZEL, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 7th day of August, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The motion to amend the petition, Doc. 6, is deemed **WITHDRAWN**.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2254, Doc. 1, is **DISMISSED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

                                                 s/Jennifer P. Wilson
                                                 JENNIFER P. WILSON
                                                 United States District Judge
                                                 Middle District of Pennsylvania